## No. 14,517.

### STUYVESANT INSURANCE COMPANY OF THE CITY OF NEW YORK *v.* MILITELLO.

(88 P. [2d] 569)

Decided February 27, 1939. Rehearing denied March 27, 1939.

Messrs. LINDSEY & LARWILL, Mr. D. K. WOLFE, JR., Messrs. PERSHING, NYE, BOSWORTH & DICK, Mr. N. A. HUTCHINSON, for plaintiff in error.

Mr. FRANK H. HALL, for defendant in error.

*En Banc.*

MR. JUSTICE BAKKE delivered the opinion of the court.

PLAINTIFF in error here was one of the insurers of the property involved in *North River Ins. Co. v. Militello,* 104 Colo. 28. It was stipulated that the pronouncement in that case should apply also to this; consequently the judgment below is affirmed for the reasons given in that opinion.

Mr. Justice Knous, Mr. Justice Bock and Mr. Justice Burke concur in the conclusion only, it being their view

that the law of the case was settled by the opinion in *North River Ins. Co. v. Militello,* 100 Colo. 343, 67 P. (2d) 625.

MR. JUSTICE FRANCIS E. BOUCK specially concurs.

MR. JUSTICE FRANCIS E. BOUCK, specially concurring:

In view of an express stipulation entered into by the parties to the effect that this case shall be ruled by the decision in *North River Insurance Company v. Militello,* 104 Colo. 28, 88 P. (2d) 567, decided this day, I yield to the affirmance herein the same limited concurrence which appears in the North River case, to which reference is hereby made.